**Fill in this information to identify the case:**

Debtor 1      Susanne Noe

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number   20-03250

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust

**Court claim no.** (if known): 2-2

**Last 4 digits** of any number you use to identify the debtor's account:   6 4 5 6

**Date of payment change:**
Must be at least 21 days after date of this notice        05/01/2022

**New total payment:**                      $    2,037.71
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 495.48           New escrow payment: $ 543.59

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %            New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1              Notice of Mortgage Payment Change              page 1

Debtor 1 __Susanne Noe__                        Case number (*if known*) __20-03250__
       First Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Molly Slutsky Simons__                        Date __03/30/2022__
  Signature

Print: __Molly Slutsky Simons__                        Title __Attorney for Creditor__
     First Name   Middle Name   Last Name

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__
     Number   Street

__Loveland__                    __OH__    __45140__
City                  State   ZIP Code

Contact phone __513-444-4100__            Email __bankruptcy@sottileandbarile.com__

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

MICHAEL NOE
5248 W NELSON ST
CHICAGO IL  60641

Analysis Date: March 25, 2022                                                                                                                           Final
Property Address: 5248 WEST NELSON STREET  CHICAGO, IL 60641                                                       Loa 

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from June 2021 to Apr 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 1,494.12 | 1,494.12 |
| Escrow Payment: | 495.48 | 543.59 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,989.60 | $2,037.71 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2021 |
| Escrow Balance: | (3,223.72) |
| Anticipated Pmts to Escrow: | 2,972.88 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($250.84) |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 0.00 | (28,512.75) |
| Jun 2021 |  | 425.34 |  | * |  | 0.00 | (28,087.41) |
| Jun 2021 |  | 3,578.64 |  | * | Escrow Only Payment | 0.00 | (24,508.77) |
| Jun 2021 |  |  |  | 1,374.00 * | Homeowners Policy | 0.00 | (25,882.77) |
| Aug 2021 |  | 425.34 |  | * |  | 0.00 | (25,457.43) |
| Aug 2021 |  | 850.68 |  | * |  | 0.00 | (24,606.75) |
| Sep 2021 |  | 425.34 |  | * |  | 0.00 | (24,181.41) |
| Sep 2021 |  |  |  | 1,974.20 * | County Tax | 0.00 | (26,155.61) |
| Oct 2021 |  | 425.34 |  | * |  | 0.00 | (25,730.27) |
| Dec 2021 |  | 425.34 |  | * |  | 0.00 | (25,304.93) |
| Dec 2021 |  | 425.34 |  | * |  | 0.00 | (24,879.59) |
| Jan 2022 |  | 425.34 |  | * |  | 0.00 | (24,454.25) |
| Feb 2022 |  | 578.58 |  | * | Escrow Only Payment | 0.00 | (23,875.67) |
| Feb 2022 |  | 850.68 |  | * |  | 0.00 | (23,024.99) |
| Feb 2022 |  |  |  | 2,459.07 * | County Tax | 0.00 | (25,484.06) |
| Mar 2022 |  | 425.34 |  | * |  | 0.00 | (25,058.72) |
| Mar 2022 |  | 43,671.54 |  | * | Escrow Only Payment | 0.00 | 18,612.82 |
| Mar 2022 |  |  |  | 21,836.54 * | Escrow Only Payment | 0.00 | (3,223.72) |
|  |  |  |  |  | Anticipated Transactions | 0.00 | (3,223.72) |
| Mar 2022 |  | 2,477.40 |  |  |  |  | (746.32) |
| Apr 2022 |  | 495.48 |  |  |  |  | (250.84) |
|  | $0.00 | $55,905.72 | $0.00 | $27,643.81 |  |  |  |

Page 1

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: March 25, 2022
Borrower: MICHAEL NOE
Case 20-03250    Doc    Filed 03/30/22    Entered 03/30/22 11:31:19    Desc Main
Document    Page 5 of 7
Final
Loan

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (250.84) | 1,896.38 |
| May 2022 | 483.94 | | | 233.10 | 2,380.32 |
| Jun 2022 | 483.94 | 1,374.00 | Homeowners Policy | (656.96) | 1,490.26 |
| Jul 2022 | 483.94 | | | (173.02) | 1,974.20 |
| Aug 2022 | 483.94 | 1,974.20 | County Tax | (1,663.28) | 483.94 |
| Sep 2022 | 483.94 | | | (1,179.34) | 967.88 |
| Oct 2022 | 483.94 | | | (695.40) | 1,451.82 |
| Nov 2022 | 483.94 | | | (211.46) | 1,935.76 |
| Dec 2022 | 483.94 | | | 272.48 | 2,419.70 |
| Jan 2023 | 483.94 | | | 756.42 | 2,903.64 |
| Feb 2023 | 483.94 | | | 1,240.36 | 3,387.58 |
| Mar 2023 | 483.94 | 2,459.07 | County Tax | (734.77) | 1,412.45 |
| Apr 2023 | 483.94 | | | (250.83) | 1,896.39 |
| | $5,807.28 | $5,807.27 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 483.94. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 967.88 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (250.84). Your starting balance (escrow balance required) according to this analysis should be $1,896.38. This means you have a shortage of 2,147.22. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be 5,807.27. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 483.94 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 59.65 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $543.59 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,978.06 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 20-03250 |
| Susanne Noe | Chapter 13 |
| Debtor. | Hon. Judge Timothy A. Barnes |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on March 30, 2022, before the hour of 5:00 p.m.

    Chad M. Hayward, Debtor's Counsel
    clay@haywardlawoffices.com

    Marilyn O. Marshall, Trustee
    courtdocs@chi13.com

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Susanne Noe, Debtor
    5248 W. Nelson
    Chicago, IL 60641

Dated: March 30, 2022            Respectfully Submitted,

                                                        /s/ Molly Slutsky Simons
                                                        Molly Slutsky Simons (OH 0083702)
                                                        Sottile & Barile, Attorneys at Law
                                                         394 Wards Corner Road, Suite 180
                                                        Loveland, OH 45140
                                                        Phone: 513.444.4100
                                                        Email: bankruptcy@sottileandbarile.com
                                                        Attorney for Creditor